```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS BRUNNER,                   :    CIVIL ACTION
                                  :    NO. 12-424
        Plaintiff,                :
                                  :
    v.                            :
                                  :
MICHAEL J. ASTRUE,                :
Commissioner of the               :
Social Security Administration,   :
                                  :
        Defendant.                :
```

**O R D E R**

**AND NOW**, this **8th** day of **February, 2013,** upon careful and independent consideration of the parties' briefs and the Report and Recommendation of U.S. Magistrate Judge Elizabeth T. Hey, it is hereby **ORDERED** as follows:

1. The Report and Recommendation (ECF No. 15) is **APPROVED** and **ADOPTED**;[1]

2. Plaintiff's Request for Review is **GRANTED**; and

3. This matter is **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation.

---

[1] Neither party filed objections to the Magistrate Judge's Report and Recommendation.

**It is further ORDERED** that the Clerk of the Court shall enter **JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT**[2] and shall mark this case as closed for statistical purposes.

**AND IT IS SO ORDERED.**

                                        /s/ Eduardo C. Robreno
                                        **EDUARDO C. ROBRENO,    J.**

---

[2] In a sentence four case, "[t]he district court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or revising the decision of the Secretary, with or without remanding the cause for a rehearing. . . ." Shalala v. Schaefer, 509 U.S. 292, 296 n.1 (1993) (citing 42 U.S.C. § 405(g) (2006)).